B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>**Western District of Oklahoma** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Harding, Aniquasea Marie | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Anna Hardng, Aniqueasea Harding | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>4889 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1118 N.W. 41st<br>Oklahoma City, Oklahoma<br>ZIP CODE 73118 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Oklahoma | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>n/a<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>n/a ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9               Recognition of a Foreign<br>☐ Chapter 11             Main Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☐ Chapter 13             Recognition of a Foreign<br>                                   Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | 2015 OCT 28 P 2: 01 |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1) (4/13)**  **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> Aniquasea Marie Harding |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location where Filed: n/a | Case Number: | Date Filed: |
|---|---|---|
| Location where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case filed by any Spouse, Partner** or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition declare that I have informed the petitioner that [her or she] may proceed under chapter 7, 11, 12, or 13 of the title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning a debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form) 1 (4/13) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Aniquasea Marie Harding

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

405-615-1477
Telephone Number (If not represented by attorney)

10-12-2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

$100Bankruptcy, Steven Want, President
Printed Name and title, if any, of Bankruptcy Petition Preparer

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
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

P.O. Box 1623
Address
Bethany, Oklahoma 73008

X _____

10-12-15
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attaché additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

FB 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

Form B 201A, Notice to Consumer Debtor(s)                                   Page 2

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
        Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore,
you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic
support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations;
certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused
by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can
prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the
bankruptcy court may determine that the debt is not discharged.

        **Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing
fee, $75 administrative fee: Total fee $310)**
        Chapter 13 is designed for individuals with regular income who would like to pay all or part of
their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed
certain dollar amounts set forth in the Bankruptcy Code.
        Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you
owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or
five years, depending upon your income and other factors.  The court must approve your plan before it can take
effect.
        After completing the payments under your plan, your debts are generally discharged except for domestic
support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts
which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury;
and certain long term secured obligations.

        **Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total fee $1,717)**
        Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its
provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed
with an attorney.

        **Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**
        Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from
future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those
whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

        A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of
perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.
All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney
General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other
components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your
creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if
this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and
the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Aniquasea Harding_
Debtor

Case No. _____

Chapter _____ 7 _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_$100 Bankruptcy Steven West_
Printed name and title, if any, of Bankruptcy Petition Preparer
Address: _P.O. Box 1623, Bethany, OK 73008_

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

_22Y-80-6944_
Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person, or
partner of the bankruptcy petition preparer.) (Required
by 11 U.S.C. § 110.)

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

_Aniquasea M. Harding_
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X _____  10/12/2015
Signature of Debtor                Date

X _____  _____
Signature of Joint Debtor (if any)    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____Western_____ District of __Oklahoma__

In re __Aniquasea Harding_____          Case No._____
            Debtor                                                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

Page 2

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____
_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑ Active military duty in a military combat zone.

❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____10 / 12 / 2015_____

Certificate Number: 15725-OKW-CC-026064223



15725-OKW-CC-026064223

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 18, 2015</u>, at <u>6:00</u> o'clock <u>PM EDT</u>, <u>Aniquasea Harding</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Oklahoma</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>August 18, 2015</u>          By:    <u>/s/Andres Reyes</u>

Name:    <u>Andres Reyes</u>

Title:    <u>Issuer</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

In re _Aniquasea Harding_
_Debtor_

Case No. _____

Chapter _7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0 | | |
| B - Personal Property | Yes | 3 | $ 1540 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 4171 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | $ 164416 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 2026 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 3 | | | $ 2015 |
| TOTAL | | 40 | $ 1540 | $ 168587 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

In re _Aniquasea Harding_
Debtor

Case No. _____

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 4171 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 9536 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 13707 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 2026 |
| Average Expenses (from Schedule J, Line 22) | $ 2015 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR,** Form 22B Line 14; **OR,** Form 22C-1 Line 14) | $ 2567 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 4171 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 164416 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 164416 |

B6A (Official Form 6A) (12/07)

In re <u>Aniquasea Harding</u>                        ,          Case No. _____
          **Debtor**                                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| n/a | | | | |
| | | Total ▶ | $0 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re __Anna Harding_____,                    Case No. _____
            **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash** | | $50 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account w/Okla Federal Credit Union** | | $40 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit w/Amische Investments** | | $850 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Sectional Sofa, Coffee Table, 2 Beds, 2 TVs, 2 DVD Players, Computer, Dining Table, Washer/Dryer, Microwave** | | $500 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Ordinary Wearing Apparel** | | $100 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c). | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re <u>Anna Harding</u>                                    ,          Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keough or other pension or profit sharing plans. Give particulars | | 401K plan through employer administered by Wells Fargo | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2014 Income Tax Refund received in March, 2015, (Expended on Bills) | | ($3569) |
| 19. Equitable or future interests, life estates, and rights or powers exercis-eable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re Anna Harding _____,
        **Debtor**

Case No. _____
            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101 (41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached

Total ▶    $1540

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  <u>Aniquasea Harding</u>_____,
                     **Debtor**

Case No. _____
                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
- ☐  11 U.S.C. § 522(b)(2)
- ☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds $155,675.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Furniture, Health Aids, Clothing, Personal Effects** | **Oklahoma Section 31-1 (A) (8), (10), (11), (15), (16)** | **Clothing $4000, Unlimited to Others** | **$600** |
| **Wages, Salary, Commissions; Social Security** | **Oklahoma Sections 12-1171.1; 56-173** | **Unlimited** | **$1** |
| **401K Plan** | **Oklahoma Section 60-328** | **Unlimited** | **$** |

_* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6D (Official Form 6D) (12/07)

In re <u>Aniquasea Harding</u>                              ,                    Case No. _____
                          Debtor                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

f any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER (See instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $0 | $ |
| | | | Total ▶ (Use only on last page) | | | | $0 | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (4/13)

In re Aniquasea Harding                          ,                    Case No. _____
                    **Debtor**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (4/13) – Cont.

In re <u>Aniquasea Harding</u>                              ,          Case No. _____
                          Debtor                                                           (if known)


☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_____ **continuation sheets attached**

B6E (Official Form 6E) (4/13) – Cont.

In re Aniquasea Harding                    ,          Case No. _____
_____Debtor                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Okla Dept of Human Srvs, Office of Inspector General, Child care Compliance, P O Box 25352, OKC, Ok 73125 | | | Child Assistance Overpayment; 2010-January, 2011 | | | | $2030 | $2030 | |
| Account No. Oklahoma Employment Sec Commission, P O Box 52925, OKC, Ok 73152-2925 | | | Levy | | | | $2141 | $2141 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __ of __ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶ (Total of this page)   $ 4171   $ 4171

Total ▶   $ 4171
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

Totals ▶   $ 4171   $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)

In re <u>Aniquasea Harding</u>                          ,
                **Debtor**

Case No. _____
                   **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> National Credit Adjusters, Aarons Sales and Lease, P O Box 3023, Hutchinson, KS 67504-3023 | | | Rental Contract | | | X | $1980 |
| ACCOUNT NO. <br> ConServe, Western OK State Coll, P O Box 7, Fairport, NY 14450 | | | Tuition, Fees | | | X | $543 |
| ACCOUNT NO. <br> Autopay Srvs., P O Box 40409, Dnever, CO 80204 | | | Car Loan (Auto Repossessed) | | | X | $10000 |
| ACCOUNT NO. <br> Credit World Srvs, Western Ok State Col, 6000 Martway St., Shawnee Mission, KS 66202 | | | Tuition Fees | | | X | ($543) |

_____ continuation sheet

Subtotal ▣ | $ 12523
Total ▣ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Aniquasea Harding _____,                    Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Reliant Capital Sltns, Univ. of Phoenix, P O Box 30469, Columbus, OH 43230 | | | Tuition, Fees | | | X | $341 |
| ACCOUNT NO. <br> Univ. of Phoenix, P O Box 29887, Phoenix, AZ 85038 | | | Tuition, Fees | | | X | $638 |
| ACCOUNT NO. <br> States Recovery Systems, Univ of Phoenix, 1514 NW 18th St., OKC, Ok 73106 | | | Tuition, Fees | | | X | ($341) |
| ACCOUNT NO. <br> EOS CCA, AT&T, P O Box 439, Norwell, MA 02061-0439 | | | Phone Bill | | | X | $319 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $ 13821

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Anniquasea Harding                              ,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Southwest Credit Syst., AT&T, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 | | | Phone Bill | | | X | $651 |
| ACCOUNT NO.<br><br>AT&T, P O Box 105414, Atlanta, GA 30348-5414 | | | Phone Bill | | | X | $43 |
| ACCOUNT NO.<br><br>Franklin Collection SRvc, AT&T, P O Box 3910, Tupelo, MS 38803 | | | Phone Bill | | | X | $551 |
| ACCOUNT NO.<br><br>AFNI, AT&T, P O Box 3517, Bloomington, IL 61702-3517 | | | Phone Bill | | | X | ($551) |

Sheet no. _____ of _____ continuation sheets attached                                          Subtotal ▶ | $15066
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Anniquasea Harding_____,         Case No. _____
                Debtor                                                               (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bay Area Credit Srvc, AT&T, P O Box 468449, Atlanta, GA 31146 | | | Phone Bill | | | X | ($335) |
| ACCOUNT NO. <br> AT&T, P O Box 5014, Carol Stream, IL 60197 | | | Phone Bill | | | X | $335 |
| ACCOUNT NO. <br> Cox Communications, P O Box 268870, OKC, Ok 73126-8870 | | | Cable Bill | | | X | $420 |
| ACCOUNT NO. <br> Credit Control, Various Creditors, P O Box 120630, Newport News, VA 23612 | | | Credit Accounts | | | X | $139 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $15960

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Anniquasea Harding</u>                        ,          Case No. _____
                   **Debtor**                                                           (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> OG&E, P O Box 24990, OKC, Ok 73124 | | | Electric Bill | | | X | $485 |
| ACCOUNT NO. <br> FMS, Inc., Okla Gas & Elec., P O Box 707600, Tulsa, OK 74170-7600 | | | Electric Bill | | | X | $30 |
| ACCOUNT NO. <br> City of Oklahoma City, P O Box 26570, OKC, Ok 73126-0570 | | | Utility Bill | | | X | $2185 |
| ACCOUNT NO. <br> Integris Southwest Medical Cntr, P O Box 268908, OKC, Ok 73126-8908 | | | Medical Bill | | | X | $400 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $19060

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Anniquasea Harding** _____,    Case No. _____
                     **Debtor**                                              **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Integris Baptist Mdcl Cntr, Morgan & Assoc., P C, 2601 NW expreessway, Ste 205 E., OKC, Ok 73112 | | | Medical Bill | | | X | $695 |
| ACCOUNT NO. <br> CAC Financial Corp, Integris SW Ctr, 2601 N.W. Expressway, Ste 1000 E., OKC, OK 73112 | | | Medical Bill | | | X | ($363) |
| ACCOUNT NO. <br> Integris Baptist Mdcl Cntr, P O Box 268907, OKC, Ok 73126 | | | Medical Bill | | | X | $1500 |
| ACCOUNT NO. <br> Integris ER Physicians, P O Box 960071, OKC, Ok 73196 | | | Medical Bill | | | X | $700 |

Sheet no. _____ of _____ continuation sheets attached                                Subtotal ▶  | $21955
To Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                        Total ▶  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re <u>Aniquasea Harding</u>                    ,                    Case No. _____
             **Debtor**                                                                              **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Kansas Counselors, Inc., Baptist ER Physicians, 1421 N. Saint Paul St., Wichita, KS 67203 | | | Medical Bill | | | X | $107 |
| ACCOUNT NO. <br> Dynamic Recovery Sltns, EZ Payday Loans of Okla, P O Box 25759, Greenville, SC 29616 | | | Unsecured Loan | | | X | $180 |
| ACCOUNT NO. <br> Money Services, W. Craig Barton, Atty, P O Box 54886, Oklahoma City, OK 73154 | | | Unsecured Loan | | | X | $1000 |
| ACCOUNT NO. <br> United Finance Co., 4644 S.E. 29th, Del City, OK 73115 | | | Unsecured Loan | | | X | $300 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $23542

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Aniquasea Harding _____ ,
                  Debtor

Case No. _____
                           (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Frontier Financial Grp, United Debt Holding Co., Ace Cash, 631 N. Stephanie St., #419, Henderson, NV 89014 | | | Unsecured Loan | | | X | $532 |
| ACCOUNT NO. <br><br> Continental Credit, 6054 S. Western Ave., OKC, Ok 73139 | | | Unsecured Loan | | | X | $1000 |
| ACCOUNT NO. <br><br> National Credit Adjusters, ABC Payday Loan, P O Box 3023, Hutchinson, KS 67504-3023 | | | Unsecured Loan | | | X | $370 |
| ACCOUNT NO. <br><br> RoVo & Assoc., Ace Cash, United Debt Holding Co., 9980 W. Flamingo Rd., Las Vegas, NV 89147 | | | Unsecured Loan | | | X | $532 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $25976

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Aniquasea Harding_____,          Case No. _____
                    Debtor                                              (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Credit Collections, Inc., Cash King Loans, P O Box 60607, OKC, Ok 73146 | | | Unsecured Loan | | | X | $92 |
| ACCOUNT NO. Corporate Office, United Finance Co., P O Box 54886, OKC, Ok 73154 | | | Unsecured Loan | | | X | $367 |
| ACCOUNT NO. Aloha Financial, Certified Credit Fncl, 4900 Tinker Diagonal, Del City, OK 73115 | | | Car Loan (Auto Repossessed) | | | X | $3750 |
| ACCOUNT NO. United Finance Co., 4644 SE 29th, Del City, OK 73115 | | | Unsecured Loan | | | X | $165 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $30350

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Aniquasea Harding_____,          Case No. _____
                    Debtor                                                        (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Paid in Cash, 4859 S.E. 44th ST., Del City, OK 73115 | | | Unsecured Loan | | | X | $351 |
| ACCOUNT NO. <br> Monarch Recovery Mgmt., Asset Acceptance, First Premier Bank, 10965 Decatur Rd., Philadelphia, PA 19154 | | | Unsecured Loan | | | X | $881 |
| ACCOUNT NO. <br> Customer Credit Del City, 4980 S.E. 29th, Del City, OK 73115-3115 | | | Unsecured Loan | | | X | $370 |
| ACCOUNT NO. <br> Millennium Financial Grp, All American Fitness, 5770 NW Expressway, Ste 102, OKC, Ok 73132 | | | Fitness Contract | | | X | $876 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $32828

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Aniquasea Harding _____,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Full Circle Fncl Srvs, Europro Operating, P O Box 2438, Largo, FL 33779-2438 | | | Credit Account | | | X | $248 |
| ACCOUNT NO. <br> Paid in Cash, 4859 S.E. 44th St., Del City, OK 73115 | | | Unsecured Loan | | | X | $457 |
| ACCOUNT NO. <br> City National Bank & Trust Co., Collections Dept., 500 Montgomery Sq., Lawton, OK 73501 | | | Unsecured Loan | | | X | $281 |
| ACCOUNT NO. <br> Customer Credit Corp., 4989 S.E. 29th St., Del City OK 73115 | | | Unsecured Loan | | | X | $505 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $34319

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Aniquasea Harding** _____,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Professional Ins. Corp. of Okla, PIC/MW, Scott Suchy, Atty, P.O. Box 720066, OKC, Ok 73172 | | | Civil Judgment Okla County Dist Court | | | X | $760 |
| ACCOUNT NO.<br>Affiliated Computer Serv., Xerox, 400 Hudiburg Circ., Ste A, OKC, Ok 73108 | | | Credit Account | | | X | $365 |
| ACCOUNT NO.<br>Maverick Finance, 6054 S. Western, OKC, Ok 73139 | | | Unsecured Loan | | | X | $336 |
| ACCOUNT NO.<br>H&R Block Bank, P O Box 7235, Sioux Falls, SD 57117 | | | Credit Account | | | X | $1264 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $37044

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re Aniquasea Harding_____,          Case No. _____
                    **Debtor**                                               **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> TRS Recovery Srvs, Wal Mart, P O Box 60022, City of Industry, CA 91716-0022 | | | Returned Check | | | X | $160 |
| ACCOUNT NO. <br> National Credit Adjusters, SGQ Processing, P O Box 3023, Hutchinson, KS 67504-3023 | | | Credit Account | | | X | $383 |
| ACCOUNT NO. <br> H & H Legal Support Srvs., P O Box 720066, OKC, Ok 73172 | | | Civil Judgment | | | X | $1000 |
| ACCOUNT NO. <br> National Credit Adjusters, William Sokol, Atty, 900 12th Street, Ste A-11, Hammonton, NJ 08037 | | | Credit Account | | | X | $510 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $39097

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In Re Aniqu<sup>,</sup> asea Harding                    ,          Case No. _____
          **Debtor**                                              (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. - <br> Dynamic Recovery Sltns, Lifetouch, P O Box 25769, Greenville, SC 29616 | | | Credit Account | | | X | $137 |
| ACCOUNT NO. <br> TRS Recovery Srvs, Lifetouch, P O Box 173809, Denver, CO 80217 | | | Credit Account | | | X | $143 |
| ACCOUNT NO. <br> Hooked on Phonics, 103 Mill Plain Rd, Danbury, CT 06811 | | | Subscription | | | X | $200 |
| ACCOUNT NO. <br> Credit Sltns Corp., First Bank of Delaware, 5454 Ruffin Rd., Ste 200, San Diego, CA 92123 | | | Credit Account | | | X | $20 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $37544

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

In Re Aniqu::asea Harding _____,          Case No. _____
                          **Debtor**                                              *(if known)*

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. - <br> Eureka Water Co., 729 SW 3rd, OKC, Ok 73109 | | | Credit Account | | | X | $118 |
| ACCOUNT NO. <br> TexasLife Ins. Co., P O Box 2209, Waco, TX 76793 | | | Premium | | | X | $118 |
| ACCOUNT NO. <br> NCB Mgmt Srvs, Bank of Okla, P O Box 1099, Langhorne, PA 19047 | | | Unsecured Loan | | | X | $9614 |
| ACCOUNT NO. <br> Bank of Oklahoma, Love, Beal & Nixon, PC, P O Box 32738, OKC, Ok 73123 | | | Unsecured Loan, Civil Judgment | | | X | $9500 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $56894

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In Re Aniqueasea Harding_____,          Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. - <br> TerraCom, INc., P O Box 26525, Section 3050, OKC, Ok 73126 | | | Phone Bill | | | X | $200 |
| ACCOUNT NO. <br> North Shore Agency, Publishers Clearing House, P O Box 9205, Old Bethpage, NY 11804-9005 | | | Subscription | | | X | $48 |
| ACCOUNT NO. <br> City National Bank, 500 Montgomery Sq., Lawton, OK 73501 | | | Bank Fees | | | X | $281 |
| ACCOUNT NO. <br> Weltman, Weinberg & Reis, LPA, United Tranz Actions, P O Box 93596, Cleveland, OH 44101 | | | Credit Account | | | X | $1330 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $58753

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In Re Aniqueasea Harding _____,    Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -<br>Affiliated Credit Srvs, Target Store No. 0044, P O Box 7739, Rochester, MN 55903-7739 | | | Credit Account | | | X | $2153 |
| ACCOUNT NO.<br>Certegy Payment Rcvry Serv., Murphy Oil, Academy Sports, P.O. Box 30272, Tampa, FL 33630 | | | Returned Checks | | | X | $98 |
| ACCOUNT NO.<br>CMRE Financial Srvs, 3075 E. Imperial Hwy, Ste 200, Brea, CA 92821 | | | Unsecured Loan | | | X | $225 |
| ACCOUNT NO.<br>Integrity Auto Finance, 801 W I-240, OKC, Ok 73139 | | | Car Loan (Auto Repossessed) | | | X | $26501 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $87730

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In Re Aniqueasea Harding _____,    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -<br>LTD Financial Srvs., Sandviks Hop, 7322 Southwest Freeway, Ste 1600, Houston, TX 77074 | | | Credit Account | | | X | $200 |
| ACCOUNT NO.<br>Publishers Clearing House, P O Box 4002936, Des Moines, IA 50340 | | | Subscription | | | X | $48 |
| ACCOUNT NO.<br>Tulsa Adjustment Bur., Cox Communications, P O Box 52032, Tulsa, OK 74152 | | | Cable Bill | | | X | $435 |
| ACCOUNT NO.<br>The Oklahoman, P O Box 268880, OKC, Ok 73126 | | | Subscription | | | X | $38 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶　$88451

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In Re <u>Aniqueasea Harding</u>                                ,          Case No. _____
                          **Debtor**                                                                      **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. - <br> Emerg Srvs of Oklahoma, 3075, E. Imperial Hwy, STe 200, Brea, CA 92821 | | | Medical Bill | | | X | $225 |
| ACCOUNT NO. <br> FMS, INc., Integris SW Medical Cntr, FMS, Inc., P O Box 707600, Tulsa, OK 74170-7600 | | | Medical Bill | | | X | $362 |
| ACCOUNT NO. <br> Allied Interstate LLC, Public Storage, P O Box 361774, Columbus, OH 43236 | | | Rental Bill | | | X | $85 |
| ACCOUNT NO. <br> Aaron's, P O Box 102746, Atlanta, GA 30368-2746 | | | Rental Bill | | | X | $2100 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $91223

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Anna Harding_____,    Case No. _____
                    **Debtor**                                                        (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bank of Oklahoma, Love, Beal and Nixon, PC, Attys, P O Box 32738, OKC, Ok 73123 | | | Civil Judgment | | | X | $8800 |
| ACCOUNT NO.<br>All American Fitness, Attn: Julie Stark, P O Box 3307, Tulsa, OK 74153-1007 | | | Fitness Contract | | | X | $876 |
| ACCOUNT NO.<br>Miche Investment, 714 NW 25th, OKC, Ok | | | Fees, Credit Account | | | X | $3350 |
| ACCOUNT NO.<br>AC Autopay, 1147 Broadway, Denver, CO 80203 | | | Credit Account | | | X | $5397 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $ 109646

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Anna Harding_____,          Case No. _____
             **Debtor**                                                    **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Acceptance Now, 5501 Headquarters, Plano, TX 75024 | | | Unsecured Loan | | | X | $2000 |
| ACCOUNT NO. Continental Credit, Security Finance, P O Box 3146, Spartanburg, SC 29304 | | | Unsecured Loan | | | X | $361 |
| ACCOUNT NO. Customer Credit, Cox, Royal Management, 25331 1H 10 W. Ste 101, San Antonio, TX 78257 | | | Unsecured Loan | | | X | $370 |
| ACCOUNT NO. Dash Financial Srvs, P O Box 6329, Moore, OK 73153 | | | Credit Account | | | X | $9077 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 121454

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Aniquasea Harding**_____,                Case No. _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dealer's Finance Co., 1125 SE Grand Blvd, Suite 102, OKC, Ok 73129 | | | Car Loan (Auto Repossessed) | | | X | $12417 |
| ACCOUNT NO. <br> Sallie Mae, P O Box 9635, Wilkes Barre, PA 18773 | | | Student Loans | | | X | 2665 |
| ACCOUNT NO. <br> CMRE Financial, Medical Pament Data, 3075 E. Imperial Hwy, Ste 200, Brea, CA 92821 | | | Medical Bill | | | X | $225 |
| ACCOUNT NO. <br> Credit Adjustment Co, Integris Baptist Mdcl Cntr, 2601 NW Expressway, Ste 1000E, OKC, Ok 73112-7272 | | | Medical Bill | | | X | $694 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $137455

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Aniquasea Harding**_____,          Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Credit Collections, Eureka Water, P O Box 60607, OKC, Ok 73146-0607 | | | Water Bill | | | X | $442 |
| ACCOUNT NO.<br>Credit Control Corp, Cox Comm., P O Box 120570, Newport News, VA 23612-0570 | | | Cable, Phone Bill | | | X | $415 |
| ACCOUNT NO.<br>Credit Systems, Intrnl., City of Oklahoma City, 1277 Country Club Ln, Ft. Worth, TX 76112-2304 | | | Utility Bill | | | X | $2227 |
| ACCOUNT NO.<br>Enhanced Recovery Co., ATT, P O Box 57547, Jacksonville, FL 32241 | | | Phone Bill | | | X | $551 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $141090

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Aniquuasea Harding_____,                     Case No. _____
                          **Debtor**                                                      (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Fidelity Information Corp., Landlord Ians Enterprise, P O Box 49938, Los Angeles,CA 90049 | | | Rent | | | X | $10571 |
| ACCOUNT NO. <br> FMS Inc., Integris Baptist Mdcl Cntr, Integris SW Medical Cntr,  P O Box 707600, Tulsa, OK 74170-7600 | | | Medical Bill | | | X | $1194 |
| ACCOUNT NO. <br> IC System Collections, ATT Uverse, ATT Southwest, P O Box 64378, St. Paul, MN 55164-0378 | | | Cable Bills | | | X | $449 |
| ACCOUNT NO. <br> Millennium Financial Grp, All American Fitness, 5770 NW Expressway, Ste 102, OKC, Ok 73132 | | | Fitness Contract | | | X | $876 |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $154180

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Aniqueasea Harding_____,
           **Debtor**

Case No. _____
           **(if known)**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NCA, Aarons Sales and Lease, P O Box 550327, W. Fourth St. Hutchinson, KS 67504-0550 | | | Rental Contract | | | X | $3005 |
| ACCOUNT NO.<br>Sallie Mae, P O Box 9635, Wilkes Barre, PA 18773 | | | Student Loans | | | X | $6871 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____ of _____ continuation sheets attached
To Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $164056

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Aniquasea Harding_____,          Case No. _____
                    **Debtor**                                          (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Oklahoma Natural Gas, OKC, Ok | | | Gas Bill | | | X | $360 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |

Sheet no. ____ of ____ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $164416

Total ▶  $164416
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re <u>Aniquasea Harding</u>       ,                Case No._____
            **Debtor**                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 100/(m).

☐     Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Radar Realty, OKC, Ok** | **Year lease of residence** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re <u>Aniquasea Harding</u>                                  ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE H – CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Clifford Richardson, OKC, Ok** | **Ion Enterprises** |

**Fill in this information to identify your case:**

Debtor 1 _Aniquasea_ _Harding_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Western_ District of _OK_

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Premium Acctng Clerk | |
| **Employer's name** | Globe Life (Torchmark) | |
| **Employer's address** | _____<br>Number  Street | _____<br>Number  Street |
|  | Oklahoma City Ok<br>City  State  ZIP Code | _____<br>City  State  ZIP Code |
| **How long employed there?** | 1 year | |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 2400 | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. + $ 0 | + $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. $ 2400 | $_____ |

Debtor 1  _Aniquasea_  _Harding_
First Name    Middle Name    Last Name

Case number (if known)_____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.............................................→ 4. | $ 2400 | $_____ |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 249 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0 | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 70 | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0 | $_____ |
| 5e. Insurance | 5e. | $ 222 | $_____ |
| 5f. Domestic support obligations | 5f. | $ 0 | $_____ |
| 5g. Union dues | 5g. | $ 0 | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | +$ 0 | + $_____ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.  6.  $ 541  $_____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7.  $ 1859  $_____

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.  $ 0   $_____

8b. Interest and dividends   8b.  $ 0   $_____

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ 0   $_____

8d. Unemployment compensation   8d.  $ 0   $_____

8e. Social Security   8e.  $ 0   $_____

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _Food Stamps_   8f.  $ 167   $_____

8g. Pension or retirement income   8g.  $ 0   $_____

8h. Other monthly income. Specify: _____   8h.  +$ _____   +$ _____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.  $ 167   $_____

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 2026  +  $ 0  =  $ 2026

11. State all other regular contributions to the expenses that you list in _Schedule J_.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in _Schedule J_.

Specify: _____   11.  +$ 0

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the _Summary of Schedules_ and _Statistical Summary of Certain Liabilities and Related Data_, if it applies.   12.  $ 2026

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

Official Form B 6I                Schedule I: Your Income                page 2

Fill in this information to identify your case:

Debtor 1    _Aniquasea_    _Harding_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    _Western_    District of _OK_

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                      12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

| Part 1: | Describe Your Household |

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☐ No
   Do not list Debtor 1 and    ☑ Yes. Fill out this information for
   Debtor 2.                        each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _child_ | _9 yrs_ | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do you your expenses include
   expenses of people other than
   yourself and your dependents?**    ☑ No
                                      ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value
of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

                                                                        **Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and    4.    $ _780_
   any rent for the ground or lot.

   If not included in line 4:

   4a.  Real estate taxes                                              4a.   $ _0_

   4b.  Property, homeowner's, or renter's insurance                   4b.   $ _0_

   4c.  Home maintenance, repair, and upkeep expenses                  4c.   $ _50_

   4d.  Homeowner's association or condominium dues                    4d.   $ _0_

Debtor 1  Ahiquasea   Harding      Case number (if known)_____
          First Name   Middle Name   Last Name

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 400 |
| 6b. Water, sewer, garbage collection | 6b. | $ 65 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 70 |
| 6d. Other. Specify: _____ | 6d. | $ 0 |
| 7. **Food and housekeeping supplies** | 7. | $ 380 |
| 8. **Childcare and children's education costs** | 8. | $ 20 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 80 |
| 10. **Personal care products and services** | 10. | $ 40 |
| 11. **Medical and dental expenses** | 11. | $ 30 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 180 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0 |
| 15b. Health insurance | 15b. | $ 0 |
| 15c. Vehicle insurance | 15c. | $ 0 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0 |
| 17c. Other. Specify:_____ | 17c. | $ 0 |
| 17d. Other. Specify:_____ | 17d. | $ 0 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form B 6I). | 18. | $ 0 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. Mortgages on other property | 20a. | $ 0 |
| 20b. Real estate taxes | 20b. | $ 0 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0 |

Debtor 1    Ahiquasea    Harding

First Name    Middle Name    Last Name

Case number (if known) _____

21.  Other. Specify: _____    21.  +$    0

22.  **Your monthly expenses.** Add lines 4 through 21.    22.  $    2015
     The result is your monthly expenses.

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $    2026

23b.  Copy your monthly expenses from line 22 above.    23b.  –$    2015

23c.  Subtract your monthly expenses from your monthly income.    23c.  $    11
     The result is your *monthly net income*.

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.  Explain here:

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Aniquasea M. Harding**          ,                     Case No. _____
                   **Debtor**                                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _42_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____10/12/2015_____          Signature: _____
                                                                              Debtor

Date _____          Signature: _____
                                                                    (Joint Debtor, if any)

                                                         [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

$100Bankruptcy, Steven Want                            _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_
Printed or Typed Name and Title, if any,               Social Security No.
of Bankruptcy Petition Preparer                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

P.O. Box 1623
Bethany, Oklahoma
73008
Address

X _____                            _10-12-15_
Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_____
_____

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                Signature: _____

                                                 _____
                                                 [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

In re: Aniquasea Harding
      Debtor

Case No. _____
           (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT
$20667
$32000

SOURCE
2014 Employment
2013 Employment

B7 (Official Form 7) (04/13)                                                              2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                   SOURCE
$3569                                    Income Tax Return
$221/month                               Food Stamps

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                          3

None ✓

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ✓

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ian Enterprises | Ongoing garnishment | |

*Repossessions, foreclosures and returns*

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| AC Auto Pay | 1/15 | 1 05 Dodge Magnum |

B7 (Official Form 7) (04/13)                                                                          4

**6. Assignments and receiverships**


None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|


None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7. Gifts**


None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**


None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                        5

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| $100 Bankruptcy Steven Want P.O. Box 623 Bethany OK 73008 | 4/10/15 5/29/15 | $100 $100 |

**10.  Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                    6

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises
which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is
filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 3041 NW 14th OKC, OK 73106 | (Same) | 10/13 - 9/14 |
| 714 NW 25th OKC | | 9/14 - 3/15 |

B7 (Official Form 7) (04/13)                                                                                          7

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

_____

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

_____

### 18. Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                                                                    8

other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

☑ None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

 None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

 None   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

B7 (Official Form 7) (04/13)                                                                                      9

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT
                                                        OF INVENTORY
                                                        (Specify cost, market or other basis)

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                       NAME AND ADDRESSES
                                                        OF CUSTODIAN
                                                        OF INVENTORY RECORDS

21 . Current Partners, Officers, Directors and Shareholders

None ☑      a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST     PERCENTAGE OF INTEREST

None ☑      b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                 TITLE          NATURE AND PERCENTAGE
                                               OF STOCK OWNERSHIP

B7 (Official Form 7) (04/13)                                                                                                10

**22. Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
             preceding the commencement of this case.

NAME                          ADDRESS                    DATE OF WITHDRAWAL

None ☑  b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
             within one year immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                      DATE OF TERMINATION

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
         including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
         during one year immediately preceding the commencement of this case.

NAME & ADDRESS                DATE AND PURPOSE           AMOUNT OF MONEY
OF RECIPIENT,                 OF WITHDRAWAL              OR DESCRIPTION
RELATIONSHIP TO DEBTOR                                   AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any
         consolidated group for tax purposes of which the debtor has been a member at any time within six years
         immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to
         which the debtor, as an employer, has been responsible for contributing at any time within six years immediately
         preceding the commencement of the case.

NAME OF PENSION FUND                  TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

B7 (Official Form 7) (04/13)                                                                                                          11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    10/12/2015                    Signature of Debtor    _____

Date    _____    Signature of Joint Debtor  (if any)    _____

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    _____                    Signature    _____

                                                    Print Name and Title    _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

$100 Bankruptcy, Steven Wood                    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
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

P.O. Box 1623, Bethany, Ok 73008
Address

_____                    10-12-2015
Signature of Bankruptcy Petition Preparer                    Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

**Fill in this information to identify your case:**

Debtor 1    _Aniquasea_ First Name    Middle Name    _Harding_ Last Name

Debtor 2    First Name    Middle Name    Last Name
(Spouse, if filing)

United States Bankruptcy Court for the:    _western_    District of _OK_

Case number
(If known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

OFFICIAL FORM B 22A1    12/14

# Chapter 7 Statement of Your Current Monthly Income

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 2400 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 167 | $ |
| 5. **Net income from operating a business, profession, or farm** | | |
| Gross receipts (before all deductions) | $ | |
| Ordinary and necessary operating expenses | − $ | |
| Net monthly income from a business, profession, or farm | $ ___ Copy here→ | $ 0 | $ |
| 6. **Net income from rental and other real property** | | |
| Gross receipts (before all deductions) | $ | |
| Ordinary and necessary operating expenses | − $ | |
| Net monthly income from rental or other real property | $ ___ Copy here→ | $ 0 | $ |
| | | $ 0 | $ |
| 7. **Interest, dividends, and royalties** | | |

Debtor 1    Aniquasea    Harding
            First Name   Middle Name   Last Name

Case number (if known)_____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:.......................... ↓    $ 0    $_____

For you................................................................... $_____

For your spouse ...................................................... $_____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    $ 0    $_____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____    $ 0    $_____

10b. _____    $ 0    $_____

10c. Total amounts from separate pages, if any.    +$ 0    +$_____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 2067 + $ 0 = $ 2067

Total current monthly income

**Part 2:    Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11..............................................................Copy line 11 here→ 12a.    $ 2067

Multiply by 12 (the number of months in a year).    x 12

12b. The result is your annual income for this part of the form.    12b.    $ 30 804

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    Oklahoma

Fill in the number of people in your household.    2

Fill in the median family income for your state and size of household. ........................................................................ 13.    $ 5300

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A–2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**x** _____    **x** _____
Signature of Debtor 1    Signature of Debtor 2

Date 10/12/2015    Date _____
     MM / DD / YYYY    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Western District of Oklahoma

In re ___Aniquasea Harding_____,                    Case No. _____
                    Debtor                                                             Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)*

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| n/a | |

Property will be *(check one)*:
    ❑ Surrendered              ❑ Retained

If retaining the property, I intend to *(check at least one)*:
    ❑ Redeem the property
    ❑ Reaffirm the debt
    ❑ Other.  Explain _____ (for example, avoid lien
using 11  U.S.C. § 522(f)).

Property is *(check one)*:
    ❑ Claimed as exempt           ❑ Not claimed as exempt

Property No. 2 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| | |

Property will be *(check one)*:
    ❑ Surrendered               ❑ Retained

If retaining the property, I intend to *(check at least one)*:
    ❑ Redeem the property
    ❑ Reaffirm the debt
    ❑ Other.  Explain _____ (for example, avoid lien
using 11  U.S.C. § 522(f)).

Property is *(check one)*:
    ❑ Claimed as exempt           ❑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❒ YES          ❒ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❒ YES          ❒ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❒ YES          ❒ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: ___10/12/2015___

_____
Signature of Debtor

_____
Signature of Joint Debtor

B 280
(10/05)

# United States Bankruptcy Court
### <u>Western</u>       District Of <u>Oklahoma</u>

In re <u>Aniquasea Harding</u>
       Debtor

Case No. _____

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER
### *[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1.      Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For document preparation services I have agreed to accept.................................. $200_____

      Prior to the filing of this statement I have received. ............................................. $200_____

      Balance Due........................................................................................................... $0_____

2.      I have prepared or caused to be prepared the following documents (itemize):

      and provided the following services (itemize):

3.      The source of the compensation paid to me was:
      ☒ Debtor      ☐ Other (specify)

4.      The source of compensation to be paid to me is:
      ☐ Debtor      ☐ Other (specify)

5.      The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.      To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME

x_____
Signature
$100Bankruptcy, Steven Want
Printed name and title, if any, of Bankruptcy
      Petition Preparer
Address: P.O. Box 1623

Bethany, Oklahoma 73008

SOCIAL SECURITY NUMBER
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
Social Security number of bankruptcy
petition preparer (If the bankruptcy
petition preparer is not an individual,
state the Social Security number of the
officer, principal, responsible person or
partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

10-12-15
Date

----------------------------------------------------------------------------------------------------

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B19 (Official Form 19) (12/07)

# United States Bankruptcy Court

_____Western_____ District Of __Oklahoma_____

In re __Aniquasea Harding_____,          Case No. _____
                        Debtor

                                                    Chapter __7_____

## DECLARATION AND SIGNATURE OF NON-ATTORNEY
## BANKRUPTCY PETITION PREPARER (_See_ 11 U.S.C. § 110)

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared the accompanying document(s) listed below for compensation and have provided the debtor with a copy of the document(s) and the attached notice as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

| | |
|---|---|
| Accompanying documents: . | Printed or Typed Name and Title, if any, of |
| Voluntary Petition, All Schedules, Statements of | Bankruptcy Petition Preparer: |
| Financial Affairs and Financial Means, All | $100Bankruptcy, Steven Want |
| Declarations, Disclosures and Notices, Matrix, | Social-Security No. of Bankruptcy Petition |
| Application for Filing Fees, Cover Letter to Court | Preparer (Required by 11 U.S.C. § 110): |
| | 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 |

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document._

P.O. Box 1623
_____

Bethany, Oklahoma 73008
_____
Address

X_____          10-12-15_____
Signature of Bankruptcy Petition Preparer      Date

Names and social-security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.**

B19 (Official Form 19) (12/07) - Cont.                                                      2

## NOTICE TO DEBTOR BY NON-ATTORNEY BANKRUPTCY PETITION PREPARER
*[Must be filed with any document(s) prepared by a bankruptcy petition preparer.]*

I am a bankruptcy petition preparer. I am not an attorney and may not practice law or give legal advice. Before preparing any document for filing as defined in § 110(a)(2) of the Bankruptcy Code or accepting any fees, I am required by law to provide you with this notice concerning bankruptcy petition preparers. Under the law, § 110 of the Bankruptcy Code (11 U.S.C. § 110), I am forbidden to offer you any legal advice, including advice about any of the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether commencing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to retain your home, car, or other property after commencing a case under the Bankruptcy Code;
- the tax consequences of a case brought under the Bankruptcy Code;
- the dischargeability of tax claims;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement with a creditor to reaffirm a debt;
- how to characterize the nature of your interests in property or your debts; or
- bankruptcy procedures and rights.

*[The notice may provide additional examples of legal advice that a bankruptcy petition preparer is not authorized to give.]*

In addition, under 11 U.S.C. § 110(h), the Supreme Court or the Judicial Conference of the United States may promulgate rules or guidelines setting a maximum allowable fee chargeable by a bankruptcy petition preparer. As required by law, I have notified you of this maximum allowable fee, if any, before preparing any document for filing or accepting any fee from you.

_____     10/12/2015     _____     _____
Signature of Debtor                Date                       Joint Debtor (if any)          Date

*[In a joint case, both spouses must sign.]*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: Aniquasea Harding )
                          )
                          )    Case No. _____ - _____ - _____
                          )    Chapter  7
        Debtor.           )

## VERIFICATION OF MATRIX

The above named debtor hereby verifies that the attached List of Creditors is true and correct to the best of his/her/their knowledge.

Date: 10/12/2015

_____
Debtor Name

_____
Joint Debtor Name (if applicable)

Aarons
P O Box 102746
Atlanta GA 30368-2746



AC Autopay
1147 Broadway
Denver CO 80203

Acceptance Now
5501 Headquarters
Plano TX 75024

Affiliated Credit Srvs
Target Store No 0044
P O Box 7739
Rochester MN 55903-7739

AFNI ATT
P O Box 3517
Bloomington IL 61702-3517

All American Fitness
Attn: Julie Stark
P O Box 3307
Tulsa OK 74153-1007

Allied Interstate LLC
Public Storage
P O Box 361774
Columbus OH 43236

Aloha Financial
Certified Credit Fncl
4900 Tinker Diagonal
Del City OK 73115


ATT
P O Box 105414
Atlanta GA 30348-5414


ATT
P O Box 5014
Carol Stream IL 60197


Autopay Srvs
P O Box 40409    .
Denver CO 80204


Bank of Oklahoma
Love Beal and Nixon PC
P O Box 32738
Oklahoma City OK 73123


Bay Area Credit Srvc
ATT
P O Box 468449
Atlanta GA 31146

CAC Financial Corp
Integris SW Med Cntr
Integris Baptist Med Cntr
2601 NW Expressway  Ste 1000 E
Oklahoma City OK 73112


Certegy Payment Recovery Ser
Murphy Oil
Academy Sports
P O Box 30272
Tampa FL 33630


City National Bank and Trust
Collections Dept
500 Montgomery Sq
Lawton OK 73501


City of Oklahoma City
P O Box 26570
Oklahoma City OK 73126-0570


CMRE Financial Srvs
Medical Payment Data
3075 E Imperial Hwy
Ste 200
Brea CA 92821


Conserve
Western OK State Coll
P O Box 7
Fairport NY 14450

Continental Credit
6054 S Western Ave
Oklahoma City OK 73139


Continental Credit
Security Finance
P O Box 3146
Spartanburg SC 29304


Corporate Office
United Finance Co
P O Box 54886
Oklahoma City OK 73154


Cox Communications
P O Box 268870
Oklahoma City OK 73126


Credit Collections Inc
Cash King Loans
Eureka Water
P O Box 60607
Oklahoma City OK 73146


Credit Control
Cox Communications
P O Box 120630
Newport News VA 23612


Credit Solutions Corp
First Bank of Delaware
5454 Ruffin Road  Ste 200
San Diego CA 92123

Credit Systems Intrntl
City of Oklahoma City
1277 Country Club Ln
Ft Worth TX 76112


Credit World Srvs
Western OK State Col
6000 Martway St
Shawnee Mission KS 66202


Customer Credit
Cox  Royal Mgmt
25331 1H 10 W Ste 101
San Antonio TX 78257


Customer Credit Del City
4989 SE 29th
Del City OK 73115-3115


Dash Financial Srvs
P O Box 6329
Moore OK 73153


Dealers Finance
1125 SE Grand Blvd
Suite 102
Oklahoma City OK 73129

```
Dynamic Recovery Sltns
EZ Payday Loans of Okla
Lifetouch
P O Box 25759
Greenville SC 29616


Emerg Srvs of Oklahoma
3075 E Imperial Hwy
Ste 200
Brea CA 92821


Enhanced Recovery
ATT
P O Box 57547
Jacksonville FL 32241


EOS CCA
ATT
P O Box 439
Norwell MA 02061-0439


Eureka Water Co
729 SW 3rd
Oklahoma City OK 73109j


Fidelity Information Corp
Landlord Ians Enterprise
P O Box 49938
Los Angeles CA 90049
```

FMS Inc  Integrist Bapt Mdcl
Integris SW Medical Cntr
Oklahoma Gas and Elec
P O Box 707600
Tulsa OK 74170-7600


Franklin Collection Rcv
ATT
P O Box 3910
Tupelo MS 38803


Frontier Financial Grp
United Debt Holding Co
Ace Cash
631 N Stephanie St  No 419
Henderson NV 89014


Full Circle Fncl Services
Europro Operating
P O Box 2438
Largo FL 33779-2438


H and H Legal Support Srvs
P O Box 720066
Oklahoma City OK 73172


H and R Block Bank
P O Box 7235
Sioux Falls SD 57117

Hooked on Finance
103 Mill Plain Rd
Danbury CT 06811


IC System Collections
ATT Uverse
ATT Southwest
P O Box 64378
St Paul MN 55164-0378


Integris Baptist Mdcl Cntr
P O Box 268907
Oklahoma City OK 73226


Integris Baptist Med Center
Morgan and Assoc
2601 NW Expressway
Suite 205 E
Oklahoma City OK 73112


Integris ER Physicians
P O Box 960071
Oklahoma City OK 73196


Integris Southwest Medical Cntr
P O Box 268908
Oklahoma City OK 73126-8908


Integrity Auto Finance
801 W I-240 Srvc Road
Oklahoma City OK 73139

Kansas Counselors Inc
Baptist ER Physicians
1421 N Saint Paul St
Wichita KS 67203


LTD Financial Srvs
Sandviks Hop
7322 Southwest Freeway
Ste 1600
Houston TX 77074


Maverick Finance
6054 S Western
Oklahoma City OK 73139


Miche Investment
714 NW 25th
Oklahoma City OK


Millenium Financial Grp
All American Fitness
5770 NW Expressway
Suite 102
Oklahoma City OK 73132


Monarch Recovery Mgmt
Asset Acceptance
First Premier Bank
10965 Decatur Road
Philadelphia PA 19154

```
Money Services
W Craig Barton Atty
P O Box 54886
Oklahoma City OK 73154


National Credit Adjusters
Aarons Sales and Lease
ABC Payday Loan
P O Box 3023
Hutchinson KS 67504-3023


National Credit Adjusters Co
SGQ Processing
P O Box 3023
Hutchinson KS 67504-3023


National Credit Adjusters Co
William Sokol Atty
900 12th Street  Ste A-11
Hammonton NJ 08037


NCB Mgmt Services
Bank of Oklahoma
P O Box 1099
Lanhorne PA 19047


OGE
P O Box 24990
Oklahoma City OK 73124
```

Okla Employment Security Commsn
P O Box 52925
Oklahoma City OK 73152-2925


Oklahoma Natural Gas
401 N Harvey
Oklahoma City OK


North Shore Agency
Publishers Clearing House
P O Box 9205
Old Bethpage NY 11804-9005


Oklahoma Dept of Human Srvs
Office of Inspector General
Child Care Compliance
P O Box 25352
Oklahoma City OK 73125


Paid in Cash
4859 SE 44th Street
Del City OK 73115


Professional Ins Corp of Okla
PIC MW  Scott Suchy Atty
P O Box 720066
Oklahoma City OK 73172


Publishers Clearing House
P O Box 4002936
Des Moines IA 50340

Reliant Capital Sltns
Univ of Phoenix
P O Box 30469
Columbus OH 43230


RoVo and Assoc
Ace Cash
United Debt Holding Co
9980 W Flamino Road
Las Vegas NV 89147


Sallie Mae
P O Box 9635
Wilkes Barre PA 18773


Southwest Credit Syst
ATT
4120 International Pkwy
Ste 1100
Carrollton TX 75007-1958


States Recovery Systems
Univ of Phoenix
1514 NW 18th Street
Oklahoma City OK 73106


Terracom Inc
P O Box 26525
Section 3050
Oklahoma City OK 73126

TexasLife Ins Co
P O Box 2209
Waco TX 76793


The Oklahoman
P O Box 268880
Oklahoma City OK 73126


TRS Recovery
Lifetouch
P O Box 173089
Greenville SC 29616


TRS Recovery  Srvs
Wal Mart
P O Box 60022
City of Industry CA 91716-0022


Tulsa Adjustment Bur
Cox Communications
P O Box 52032
Tulsa OK 74152


United Finance Co
4644 SE 29th
Del City OK 73115


Univ of Phoenix
P O Box 29887
Phoenix AZ 85038

Steven Want
P O Box 1623
Bethany OK 73008


Weltman Weinberg and Reis LPA
United Tranz Actions
P O Box 93596
Cleveland OH 44101

LOCAL FORM 2
PAY ADVICE COVER SHEET

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: *Aniquasea Harding*                )
                                          )
Debtor's Name,                            )      Case No. __-_____-___
                                          )      Chapter 7
Debtor.                                   )

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑    Pay advices are attached as follows:

Employer *Hertz*          Beginning Date *07/15*          Ending Date *09/15*

_____    _____    _____

_____    _____    _____

☐    The debtor certifies by his/her signature below that he/she has no pay records because:

_____

_____

_____

Dated on the *20th* day of *September* , 20 *15* .

_____
(Debtor Signature)
☑    Pro se Debtor
☐    Represented by Counsel

S/_____
Attorney Name - Bar Number
Address
Telephone Number
Fax Number
Email Address

# Hertz. Hertz Employee Self-Service- US

🏠 Navigator    📖 Favorites        Home   Logout   Preferences   Help

## Payslip

The Hertz Corporation - 225 Brae Blvd - Park Ridge, NJ 07656

Choose a Payslip | 03-SEP-2015 - 221248 - Check 1 | **Go**

| | | | |
|---|---|---|---|
| Employee Name | **Aniquasea M. Harding** | Employer name | **RAC.HAC..HCM Central Recoveries.** |
| Employee Number | **221248** | Organization | **RAC.HAC..HCM Central Recoveries.** |
| Employee Address | **1118 NW 41st Street** | Employer Address | **14501 Hertz Quail Springs Parkway** |
| | **Oklahoma City** | | **Hertz Administrative Center** |
| | **OK** | | **Oklahoma City** |
| | **73118** | | **OK** |
| Pay Basis | **Wages Weekly** | | **73134** |
| | | Payroll | **Hertz NonCA Wk** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Week | 03-Sep-2015 | 21-Aug-2015 | 27-Aug-2015 | 560.00 | 29120.00 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 673.40 | 95.31 | 56.23 | 177.12 | 344.74 |
| **YTD** | 9377.20 | 369.91 | 909.76 | 1337.21 | 6760.32 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | 0.00 | 32.00 | 448.00 |
| Vacation | | | | 0.00 | 16.00 | 224.00 |
| Overtime | | | 5.40 | 113.40 | 15.00 | 315.00 |
| Sick Payment | | | | 0.00 | 10.00 | 140.00 |
| Regular Pay | | | 40.00 | 560.00 | 589.30 | 8250.20 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DC FSA | 5.32 | 21.28 |
| HC FSA | 10.64 | 42.56 |
| Medical Plan Deduct | 63.85 | 246.28 |
| Dental Plan | 10.50 | 40.50 |
| Vision Plan | 2.18 | 8.41 |
| LTD Plan | 0.51 | 1.97 |
| Supp STD | 1.21 | 4.67 |
| Add Plan | 1.10 | 4.24 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 51.70 |
| Social Security | 35.84 | 558.45 |
| Medicare | 8.39 | 130.61 |
| OK State Tax | 12.00 | 169.00 |

Payslip

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Garnishment | 154.29 | 1249.16 |
| Depnd Life Plan | 1.38 | 5.32 |
| Vol Benefits | 21.45 | 82.73 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 10 | | 0.00 | 0.00 | 0 |
| Oklahoma | Single | 8 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2619623659 | Oklahoma federal credit union | C | XXXXX9200 | 344.74 |

### Other Information

| Description | Value |
|---|---|
| Total Hours Worked - Current | 45.40 |

### Third Party Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | 154.29 |

Home   Logout   Preferences   Help

Copyright (c) 2006, Oracle. All rights reserved.

9/2/2015 1:51 PM

Payslip

https://dcuxphr2.hertz.com:4473/OA_HTML/OA.jsp?_rc=PAY_PAY...

 **Hertz Employee Self-Service- US**

🏠 Navigator    💳 Favorites        Home  Logout  Preferences  Help

## Payslip

The Hertz Corporation - 225 Brae Blvd - Park Ridge, NJ 07656

Choose a Payslip  | 27-AUG-2015 - 221248 - Check 1 |  **Go**

| | | | |
|---|---|---|---|
| Employee Name | **Aniquasea M. Harding** | Employer name | **RAC.HAC..HCM Central Recoveries.** |
| Employee Number | **221248** | Organization | **RAC.HAC..HCM Central Recoveries.** |
| Employee Address | **1118 NW 41st Street** | Employer Address | **14501 Hertz Quail Springs Parkway** |
| | **Oklahoma City** | | **Hertz Administrative Center** |
| | **OK** | | **Oklahoma City** |
| | **73118** | | **OK** |
| | | | **73134** |
| Pay Basis | **Wages Weekly** | Payroll | **Hertz NonCA Wk** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Week | 27-Aug-2015 | 14-Aug-2015 | 20-Aug-2015 | 560.00 | 29120.00 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 564.20 | 95.31 | 41.87 | 153.41 | 273.61 |
| **YTD** | 8703.80 | 274.60 | 853.53 | 1160.09 | 6415.58 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | 0.00 | 32.00 | 448.00 |
| Vacation | | | | 0.00 | 16.00 | 224.00 |
| Overtime | | | 0.20 | 4.20 | 9.60 | 201.60 |
| Sick Payment | | | 10.00 | 140.00 | 10.00 | 140.00 |
| Regular Pay | | | 30.00 | 420.00 | 549.30 | 7690.20 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DC FSA | 5.32 | 15.96 |
| HC FSA | 10.64 | 31.92 |
| Medical Plan Deduct | 63.85 | 182.43 |
| Dental Plan | 10.50 | 30.00 |
| Vision Plan | 2.18 | 6.23 |
| LTD Plan | 0.51 | 1.46 |
| Supp STD | 1.21 | 3.46 |
| Add Plan | 1.10 | 3.14 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 51.70 |
| Social Security | 29.07 | 522.61 |
| Medicare | 6.80 | 122.22 |
| OK State Tax | 6.00 | 157.00 |

9/2/2015 1:51 PM

Payslip

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Garnishment | 130.58 | 1094.87 |
| Depnd Life Plan | 1.38 | 3.94 |
| Vol Benefits | 21.45 | 61.28 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 10 | | 0.00 | 0.00 | 0 |
| Oklahoma | Single | 8 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2615520031 | Oklahoma federal credit union | C | XXXXX9200 | 273.61 |

### Other Information

| Description | Value |
|---|---|
| Total Hours Worked - Current | 30.20 |

### Third Party Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | 130.58 |

Home   Logout   Preferences   Help

Copyright (c) 2006, Oracle. All rights reserved.

9/2/2015 1:51 PM

Payslip

https://dcuxphr2.hertz.com:4473/OA_HTML/OA.jsp?page=/oracle/ap...

# *Hertz.* Hertz Employee Self-Service- US

🏠 Navigator    👥 Favorites    Home  Logout  Preferences  Help

## Payslip

The Hertz Corporation - 225 Brae Blvd - Park Ridge, NJ 07656

Choose a Payslip | 20-AUG-2015 - 221248 - Check 1 | **Go**

| | | | |
|---|---|---|---|
| Employee Name | **Aniquasea M. Harding** | Employer name | **RAC.HAC..HCM Central Recoveries.** |
| Employee Number | **221248** | Organization | **RAC.HAC..HCM Central Recoveries.** |
| Employee Address | **1118 NW 41st Street** | Employer Address | **14501 Hertz Quail Springs Parkway** |
| | **Oklahoma City** | | **Hertz Administrative Center** |
| | **OK** | | **Oklahoma City** |
| | **73118** | | **OK** |
| | | | **73134** |
| Pay Basis | **Wages Weekly** | Payroll | **Hertz NonCA Wk** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Week | 20-Aug-2015 | 07-Aug-2015 | 13-Aug-2015 | 560.00 | 29120.00 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 555.80 | 95.31 | 41.22 | 151.48 | 267.79 |
| **YTD** | 8139.60 | 179.29 | 811.66 | 1006.68 | 6141.97 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | 0.00 | 32.00 | 448.00 |
| Vacation | | | | 0.00 | 16.00 | 224.00 |
| Overtime | | | | 0.00 | 9.40 | 197.40 |
| Regular Pay | | | 39.70 | 555.80 | 519.30 | 7270.20 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DC FSA | 5.32 | 10.64 |
| HC FSA | 10.64 | 21.28 |
| Medical Plan Deduct | 63.85 | 118.58 |
| Dental Plan | 10.50 | 19.50 |
| Vision Plan | 2.18 | 4.05 |
| LTD Plan | 0.51 | 0.95 |
| Supp STD | 1.21 | 2.25 |
| Add Plan | 1.10 | 2.04 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 51.70 |
| Social Security | 28.55 | 493.54 |
| Medicare | 6.67 | 115.42 |
| OK State Tax | 6.00 | 151.00 |

1 of 2

8/22/2015 11:14 AM

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Garnishment | 128.65 | 964.29 |
| Depnd Life Plan | 1.38 | 2.56 |
| Vol Benefits | 21.45 | 39.83 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 10 | | 0.00 | 0.00 | 0 |
| Oklahoma | Single | 8 | | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2611290396 | Oklahoma federal credit union | C | XXXXX9200 | 267.79 |

## Other Information

| Description | Value |
|---|---|
| Total Hours Worked - Current | 39.70 |

## Third Party Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | 128.65 |

Home   Logout   Preferences   Help

Copyright (c) 2006, Oracle. All rights reserved.

Payslip

https://dcuxphr2.hertz.com:4473/OA_HTML/OA.jsp?_rc=PAY_PAY...

 **Hertz Employee Self-Service- US**

🏠 Navigator        🔖 Favorites                Home  Logout  Preferences  Help

## Payslip

The Hertz Corporation - 225 Brae Blvd - Park Ridge, NJ 07656

Choose a Payslip   | 13-AUG-2015 - 221248 - Check 1 |   Go

| | | | |
|---|---|---|---|
| Employee Name | **Aniquasea M. Harding** | Employer name | **RAC.HAC..HCM Central Recoveries.** |
| Employee Number | **221248** | Organization | **RAC.HAC..HCM Central Recoveries.** |
| Employee Address | **1118 NW 41st Street** | Employer Address | **14501 Hertz Quail Springs Parkway** |
| | **Oklahoma City** | | **Hertz Administrative Center** |
| | **OK** | | **Oklahoma City** |
| | **73118** | | **OK** |
| | | | **73134** |
| Pay Basis | **Wages Weekly** | Payroll | **Hertz NonCA Wk** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Week | 13-Aug-2015 | 31-Jul-2015 | 06-Aug-2015 | 560.00 | 29120.00 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 648.20 | 83.98 | 54.16 | 168.07 | 341.99 |
| **YTD** | 7583.80 | 83.98 | 770.44 | 855.20 | 5874.18 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | 0.00 | 32.00 | 448.00 |
| Vacation | | | 8.00 | 112.00 | 16.00 | 224.00 |
| Overtime | | | 4.20 | 88.20 | 9.40 | 197.40 |
| Regular Pay | | | 32.00 | 448.00 | 479.60 | 6714.40 |

### Rate Details

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| DC FSA | 5.32 | 5.32 |
| HC FSA | 10.64 | 10.64 |
| Medical Plan Deduct | 54.73 | 54.73 |
| Dental Plan | 9.00 | 9.00 |
| Vision Plan | 1.87 | 1.87 |
| LTD Plan | 0.44 | 0.44 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 51.70 |
| Social Security | 34.98 | 464.99 |
| Medicare | 8.18 | 108.75 |
| OK State Tax | 11.00 | 145.00 |

1 of 2

8/22/2015 11:15 AM

| | | |
|---|---|---|
| Supp STD | 1.04 | 1.04 |
| Add Plan | 0.94 | 0.94 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Garnishment | 148.51 | 835.64 |
| Depnd Life Plan | 1.18 | 1.18 |
| Vol Benefits | 18.38 | 18.38 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 10 | | 0.00 | 0.00 | 0 |
| Oklahoma | Single | 8 | | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2607243494 | Oklahoma federal credit union | C | XXXXX9200 | 341.99 |

## Other Information

| Description | Value |
|---|---|
| Total Hours Worked - Current | 36.20 |

## Third Party Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | 148.51 |

Home   Logout   Preferences   Help

Copyright (c) 2006, Oracle. All rights reserved.

8/22/2015 11:15 AM

Payslip

https://dcuxphr2.hertz.com:4473/OA_HTML/OA.jsp?_rc=PAY_PAY...

# Hertz. Hertz Employee Self-Service- US

🏠 Navigator    ⭐ Favorites         Home  Logout  Preferences  Help

## Payslip

The Hertz Corporation - 225 Brae Blvd - Park Ridge, NJ 07656

Choose a Payslip  | 06-AUG-2015 - 221248 - Check 1 |  Go

| | | | |
|---|---|---|---|
| Employee Name | **Aniquasea M. Harding** | Employer name | **RAC.HAC..HCM Central Recoveries.** |
| Employee Number | **221248** | Organization | **RAC.HAC..HCM Central Recoveries.** |
| Employee Address | **1118 NW 41st Street** | Employer Address | **14501 Hertz Quail Springs Parkway** |
| | **Oklahoma City** | | **Hertz Administrative Center** |
| | **OK** | | **Oklahoma City** |
| | **73118** | | **OK** |
| Pay Basis | **Wages Weekly** | | **73134** |
| | | Payroll | **Hertz NonCA Wk** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Week | 06-Aug-2015 | 24-Jul-2015 | 30-Jul-2015 | 560.00 | 29120.00 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 560.00 | 0.00 | 53.84 | 126.54 | 379.62 |
| **YTD** | 6935.60 | 0.00 | 716.28 | 687.13 | 5532.19 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | 0.00 | 32.00 | 448.00 |
| Vacation | | | 8.00 | 112.00 | 8.00 | 112.00 |
| Overtime | | | 0.00 | 0.00 | 5.20 | 109.20 |
| Regular Pay | | | 32.00 | 448.00 | 447.60 | 6266.40 |

### Rate Details

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| No results found. | | |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 51.70 |
| Social Security | 34.72 | 430.01 |
| Medicare | 8.12 | 100.57 |
| OK State Tax | 11.00 | 134.00 |

### After-Tax Deductions

1 of 2                                                                        8/22/2015 11:15 AM

Payslip

https://dcuxphr2.hertz.com:4473/OA_HTML/OA.jsp?_rc=PAY_PAY...

| Description | Current | YTD |
|---|---|---|
| Garnishment | 126.54 | 687.13 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 10 | | 0.00 | 0.00 | 0 |
| Oklahoma | Single | 8 | | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2603086446 | Oklahoma federal credit union | C | XXXXX9200 | 379.62 |

## Other Information

| Description | Value |
|---|---|
| Total Hours Worked - Current | 32.00 |

## Third Party Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | 126.54 |

Home    Logout    Preferences    Help

Copyright (c) 2006, Oracle. All rights reserved.

8/22/2015 11:15 AM

Payslip

https://dcuxphr2.hertz.com:4473/OA_HTML/OA.jsp?_rc=PAY_PAY...

 **Hertz Employee Self-Service- US**

🏠 Navigator    🔖 Favorites        Home  Logout  Preferences  Help

**Payslip**

The Hertz Corporation - 225 Brae Blvd - Park Ridge, NJ 07656

Choose a Payslip  | 30-JUL-2015 - 221248 - Check 1 |  [ Go ]

| | | | |
|---|---|---|---|
| Employee Name | Aniquasea M. Harding | Employer name | RAC.HAC..HCM Central Recoveries. |
| Employee Number | 221248 | Organization | RAC.HAC..HCM Central Recoveries. |
| Employee Address | 1118 NW 41st Street | Employer Address | 14501 Hertz Quail Springs Parkway |
| | Oklahoma City | | Hertz Administrative Center |
| | OK | | Oklahoma City |
| | 73118 | | OK |
| | | | 73134 |
| Pay Basis | Wages Weekly | Payroll | Hertz NonCA Wk |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Week | 30-Jul-2015 | 17-Jul-2015 | 23-Jul-2015 | 560.00 | 29120.00 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 566.30 | 0.00 | 54.33 | 127.99 | 383.98 |
| YTD | 6375.60 | 0.00 | 662.44 | 560.59 | 5152.57 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | 0.00 | 32.00 | 448.00 |
| Overtime | | | 0.30 | 6.30 | 5.20 | 109.20 |
| Regular Pay | | | 40.00 | 560.00 | 415.60 | 5818.40 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| No results found. | | |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 51.70 |
| Social Security | 35.11 | 395.29 |
| Medicare | 8.22 | 92.45 |
| OK State Tax | 11.00 | 123.00 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Garnishment | 127.99 | 560.59 |

Payslip

https://dcuxphr2.hertz.com:4473/OA_HTML/OA.jsp?_rc=PAY_PAY...

## Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|------|---------------|-----------|---------------------|-------------------|-----------------|---------------------|
| Federal | Single | 10 | | 0:00 | 0.00 | 0 |
| Oklahoma | Single | 8 | | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---------------------|-----------|--------------|----------------|--------|
| 2597913956 | Oklahoma federal credit union | C | XXXXX9200 | 383.98 |

## Other Information

| Description | Value |
|-------------|-------|
| Total Hours Worked - Current | 40.30 |

## Third Party Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---------------------|-----------|--------------|----------------|--------|
| | | | | 127.99 |

Home   Logout   Preferences   Help

Copyright (c) 2006, Oracle. All rights reserved.

8/22/2015 11:15 AM