Notice of Undeliverable Mail to Debtor

October 31, 2015

From: United States Bankruptcy Court, Western District of Oklahoma

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Aniquasea Marie Harding, Case Number 15-14134, SAH

**TO THE DEBTOR:**

FILED
2015 NOV -9 P 4: 30
GRANT PRICE, CLERK
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OK
DEPUTY

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

> **U.S. Bankruptcy Court**
> **USBC Western District of Oklahoma**
> **215 Dean A. McGee**
> **Oklahoma City, OK 73102**

---

Undeliverable Address:
Integrity Auto Finance
801 W I-240 Srvc Road
Oklahoma City OK 73139

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 3333 S I 35 SERVICE RD, OKLAHOMA CITY OK 73129-6761 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
Dealers Finance Company  7113 Crossroads Blvd
OKC, OK 73149

1

_____    _11-3-15_____
Signature of Debtor or Debtor's Attorney            Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**