# Notice Recipients

District/Off: 1087–5     User: jdon     Date Created: 2/17/2016
Case: 15–14134     Form ID: 318     Total: 92

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    Ustpregion20.oc.ecf@usdoj.gov
tr    Douglas N. Gould    dg@dgouldlaw.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Aniquasea Marie Harding    1118 NW 41st    Oklahoma City, OK 73118
bpp    Steven Want    PO Box 1623    Bethany, OK 73008
cr    Atlas Acquisitions LLC    294 Union St.    Hackensack, NJ 07601
5763106    AC Autopay    1147 Broadway    Denver CO 80203
5763107    AFNI ATT    P O Box 3517    Bloomington IL 61702–3517
5763108    ATT    P O Box 105414    Atlanta GA 30348–5414
5763109    ATT    P O Box 5014    Carol Stream IL 60197
5763110    Aarons    P O Box 102746    Atlanta GA 30368–2746
5763111    Acceptance Now    5501 Headquarters    Plano TX 75024
5763112    Affiliated Credit Srvs    Target Store No 0044    P O Box 7739    Rochester MN 55903–7739
5763113    All American Fitness    Attn: Julie Stark    P O Box 3307    Tulsa OK 74153–1007
5763114    Allied Interstate LLC    Public Storage    P O Box 361774    Columbus OH 43236
5763115    Aloha Financial    Certified Credit Fncl    4900 Tinker Diagonal    Del City OK 73115
5783178    Atlas Acquisitions LLC    294 Union St.    Hackensack, NJ 07601
5763116    Autopay Srvs    P O Box 40409    Denver CO 80204
5763117    Bank of Oklahoma    Love Beal and Nixon PC    P O Box 32738    Oklahoma City OK 73123
5763118    Bay Area Credit Srvc    ATT    P O Box 468449    Atlanta GA 31146
5763119    CAC Financial Corp    Integris SW Med Cntr    Integris Baptist Med Cntr    2601 NW Expressway Ste 1000 E    Oklahoma City OK 73112
5763120    CMRE Financial Srvs    Medical Payment Data    3075 E Imperial Hwy    Ste 200    Brea CA 92821
5763121    Certegy Payment Recovery Ser    Murphy Oil    Academy Sports    P O Box 30272    Tampa FL 33630
5763122    City National Bank and Trust    Collections Dept    500 Montgomery Sq    Lawton OK 73501
5763123    City of Oklahoma City    P O Box 26570    Oklahoma City OK 73126–0570
5763124    Conserve    Western OK State Coll    P O Box 7    Fairport NY 14450
5763125    Continental Credit    6054 S Western Ave    Oklahoma City OK 73139
5763126    Continental Credit    Security Finance    P O Box 3146    Spartanburg SC 29304
5763127    Corporate Office    United Finance Co    P O Box 54886    Oklahoma City OK 73154
5763128    Cox Communications    P O Box 268870    Oklahoma City OK 73126
5763129    Credit Collections Inc    Cash King Loans    Eureka Water    P O Box 60607    Oklahoma City OK 73146
5763130    Credit Control    Cox Communications    P O Box 120630    Newport News VA 23612
5763131    Credit Solutions Corp    First Bank of Delaware    5454 Ruffin Road Ste 200    San Diego CA 92123
5763132    Credit Systems Intrntl    City of Oklahoma City    1277 Country Club Ln    Ft Worth TX 76112
5763133    Credit World Srvs    Western OK State Col    6000 Martway St    Shawnee Mission KS 66202
5763134    Customer Credit    Cox Royal Mgmt    25331 1H 10 W Ste 101    San Antonio TX 78257
5763135    Customer Credit Del City    4989 SE 29th    Del City OK 73115–3115
5763136    Dash Financial Srvs    P O Box 6329    Moore OK 73153
5763137    Dealers Finance    1125 SE Grand Blvd    Suite 102    Oklahoma City OK 73129
5769092    Dealers Finance Company    7113 Crossroads Blvd    OKC OK 73149
5763138    Dynamic Recovery Sltns    EZ Payday Loans of Okla    Lifetouch    P O Box 25759    Greenville SC 29616
5763139    EOS CCA    ATT    P O Box 439    Norwell MA 02061–0439
5763140    Emerg Srvs of Oklahoma    3075 E Imperial Hwy    Ste 200    Brea CA 92821
5763141    Enhanced Recovery    ATT    P O Box 57547    Jacksonville FL 32241
5763142    Eureka Water Co    729 SW 3rd    Oklahoma City OK 73109j
5763143    FMS Inc Integrist Bapt Mdcl    Integris SW Medical Cntr    Oklahoma Gas and Elec    P O Box 707600    Tulsa OK 74170–7600
5763144    Fidelity Information Corp    Landlord Ians Enterprise    P O Box 49938    Los Angeles CA 90049
5763145    Franklin Collection Rcv    ATT    P O Box 3910    Tupelo MS 38803
5763146    Frontier Financial Grp    United Debt Holding Co    Ace Cash    631 N Stephanie St No 419    Henderson NV 89014
5763147    Full Circle Fncl Services    Europro Operating    P O Box 2438    Largo FL 33779–2438
5763148    H and H Legal Support Srvs    P O Box 720066    Oklahoma City OK 73172
5763149    H and R Block Bank    P O Box 7235    Sioux Falls SD 57117
5763150    Hooked on Finance    103 Mill Plain Rd    Danbury CT 06811
5763151    IC System Collections    ATT Uverse    ATT Southwest    P O Box 64378    St Paul MN 55164–0378
5763152    Integris Baptist Mdcl Cntr    P O Box 268907    Oklahoma City OK 73226

| | | | | | |
|---|---|---|---|---|---|
| 5763153 | Integris Baptist Med Center | Morgan and Assoc | 2601 NW Expressway | Suite 205 E | Oklahoma City OK 73112 |
| 5763154 | Integris ER Physicians | P O Box 960071 | Oklahoma City OK 73196 | | |
| 5763155 | Integris Southwest Medical Cntr | P O Box 268908 | Oklahoma City OK 73126–8908 | | |
| 5763156 | Integrity Auto Finance | 801 W I–240 Srvc Road | Oklahoma City OK 73139 | | |
| 5763157 | Kansas Counselors Inc | Baptist ER Physicians | 1421 N Saint Paul St | Wichita KS 67203 | |
| 5763158 | LTD Financial Srvs | Sandviks Hop | 7322 Southwest Freeway | Ste 1600 | Houston TX 77074 |
| 5763159 | Maverick Finance | 6054 S Western | Oklahoma City OK 73139 | | |
| 5763160 | Miche Investment | 714 NW 25th | Oklahoma City OK | | |
| 5763161 | Millenium Financial Grp | All American Fitness | 5770 NW Expressway | Suite 102 | Oklahoma City OK 73132 |
| 5763162 | Monarch Recovery Mgmt | Asset Acceptance | First Premier Bank | 10965 Decatur Road | Philadelphia PA 19154 |
| 5763163 | Money Services | W Craig Barton Atty | P O Box 54886 | Oklahoma City OK 73154 | |
| 5763164 | NCB Mgmt Services | Bank of Oklahoma | P O Box 1099 | Lanhorne PA 19047 | |
| 5763165 | National Credit Adjusters | Aarons Sales and Lease | ABC Payday Loan | P O Box 3023 | Hutchinson KS 67504–3023 |
| 5763166 | National Credit Adjusters Co | SGQ Processing | P O Box 3023 | Hutchinson KS 67504–3023 | |
| 5763167 | National Credit Adjusters Co | William Sokol Atty | 900 12th Street Ste A–11 | Hammonton NJ 08037 | |
| 5763168 | North Shore Agency | Publishers Clearing House | P O Box 9205 | Old Bethpage NY 11804–9005 | |
| 5763169 | OGE | P O Box 24990 | Oklahoma City OK 73124 | | |
| 5763170 | Okla Employment Security Commsn | P O Box 52925 | Oklahoma City OK 73152–2925 | | |
| 5763171 | Oklahoma Dept of Human Srvs | Office of Inspector General | Child Care Compliance | P O Box 25352 | Oklahoma City OK 73125 |
| 5763172 | Oklahoma Natural Gas | 401 N Harvey | Oklahoma City OK | | |
| 5763173 | Paid in Cash | 4859 SE 44th Street | Del City OK 73115 | | |
| 5763174 | Professional Ins Corp of Okla | PIC MW Scott Suchy Atty | P O Box 720066 | Oklahoma City OK 73172 | |
| 5763175 | Publishers Clearing House | P O Box 4002936 | Des Moines IA 50340 | | |
| 5763176 | Reliant Capital Solutions | Univ of Phoenix | P O Box 30469 | Columbus OH 43230 | |
| 5763177 | RoVo and Assoc | Ace Cash | United Debt Holding Co | 9980 W Flamino Road | Las Vegas NV 89147 |
| 5763178 | Sallie Mae | P O Box 9635 | Wilkes Barre PA 18773 | | |
| 5763179 | Southwest Credit Syst | ATT | 4120 International Pkwy | Ste 1100 | Carrollton TX 75007–1958 |
| 5763180 | States Recovery Systems | Univ of Phoenix | 1514 NW 18th Street | Oklahoma City OK 73106 | |
| 5763181 | Steven Want | P O Box 1623 | Bethany OK 73008 | | |
| 5763182 | TRS Recovery | Lifetouch | P O Box 173089 | Greenville SC 29616 | |
| 5763183 | TRS Recovery Srvs | Wal Mart | P O Box 60022 | City of Industry CA 91716–0022 | |
| 5763184 | Terracom Inc | P O Box 26525 | Section 3050 | Oklahoma City OK 73126 | |
| 5763185 | TexasLife Ins Co | P O Box 2209 | Waco TX 76793 | | |
| 5763186 | The Oklahoman | P O Box 268880 | Oklahoma City OK 73126 | | |
| 5763187 | Tulsa Adjustment Bur | Cox Communications | P O Box 52032 | Tulsa OK 74152 | |
| 5763188 | United Finance Co | 4644 SE 29th | Del City OK 73115 | | |
| 5763189 | Univ of Phoenix | P O Box 29887 | Phoenix AZ 85038 | | |
| 5763190 | Weltman Weinberg and Reis LPA | United Tranz Actions | P O Box 93596 | Cleveland OH 44101 | |

TOTAL: 90